THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE B. HINES, Also Known as "T," Appellant. [919 NYS2d 439]—

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]). Contrary to the contention of defendant, the record establishes that he was sentenced in accordance with the terms of the plea bargain (*see People v Green*, 277 AD2d 970 [2000], *lv denied* 96 NY2d 759 [2001]). By pleading guilty, defendant forfeited his further contention with respect to the People's alleged violation of CPL 160.50 (*see generally People v Nunez*, 73 AD3d 1469 [2010], *lv denied* 15 NY3d 808 [2010]). Present—Scudder, P.J., Smith, Peradotto, Lindley and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY L. DUNBAR, Appellant. [919 NYS2d 457]—

Present—Scudder, P.J., Smith, Peradotto, Lindley and Green, JJ.